IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

IN RE: MAGISTRATE JUDGE ASSIGNMENTS

SAVANNAH, GEORGIA

MISC. NO. MC418-016

ORDER

On October 1, 2018 in Savannah, Georgia, the Honorable James E. Graham was sworn in as the recall United States Magistrate Judge for the Southern District of Georgia, upon the retirement of the Honorable G. R. Smith.

**IT IS HEREBY ORDERED**, that upon due consideration, unless otherwise specifically ordered, all case assignments and referrals previously assigned to Magistrate Judge Smith are hereby reassigned to Magistrate Judge Graham.

This \_\_\_3rd\_\_\_ Of October, 2018.

J. Randal Hall, Chief Judge
United States District Court
Southern District of Georgia